# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0179. IN THE INTEREST OF B. M. R., A CHILD (MOTHER).**

The mother in this termination of parental rights case filed a motion for reconsideration of this Court's January 22, 2021 order dismissing her application as untimely. The order was entered in error. Accordingly, we GRANT the mother's motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon consideration of the merits of the application for discretionary appeal, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/13/2021
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*